IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD COLE, HILLSTONE RESTAURANT GROUP, INC., HANNAH LOCKE, and UPTOWN SERVICES, INC.,<br><br>Defendants. | Civil Action<br>File No.: 1:22-cv-00038-TWT |

## **STIPULATION**

COMES NOW Plaintiff Owners Insurance Company ("Owners") and Defendant Donald Cole ("Cole"), by and through counsel, and hereby stipulate and agree to the following:

1. Cole consents to be bound by any and all judgments entered by this Court concerning Plaintiff's duties and obligations with respect to the insurance policy identified in the Complaint, which is the subject of this action, and hereby waives any further appearance in this action.

2. Cole shall have no responsibility for any damages, costs or fee awards that may arise from this action, and the parties hereto shall bear their own attorneys' fees and expenses.

    This 9th day of February, 2022.

                                        Respectfully submitted,

                                        KENDALL | MANDELL, LLC

                                        /s/ Michael C. Kendall
                                        Michael C. Kendall
                                        Georgia Bar No. 414030
                                        *Attorneys for Owners Ins. Co.*

3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone:  (770) 577-3559
Facsimile:   (770) 577-8113
mckendall@kendallmandell.com

                                        BROOKS INJURY LAW

                                        /s/ Meredith S. Watts
                                        *(Signed with express permission*
                                        *by Michael C. Kendall)*
                                        Meredith S. Watts
                                        Georgia Bar No. 362080
                                        *Attorneys for Donald Cole*

3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
Telephone:  (678) 813-2202
Facsimile:   (678) 813-2176
msw@brooksinjurylaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD COLE, HILLSTONE RESTAURANT GROUP, INC., HANNAH LOCKE, and UPTOWN SERVICES, INC.,<br><br>Defendants. | Civil Action<br>File No.: 1:22-cv-00038-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION** by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

Meredith S. Watts, Esq.
BROOKS INJURY LAW
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia 30092

D. Austin Bersinger, Esq.
BARNES & THORNBURG LLP
3475 Piedmont Road N.E., Ste. 1700
Atlanta, Georgia 30305

This 9th day of February, 2022.

/s/ Michael C. Kendall
Michael C. Kendall